OFFICE OF DISCIPLINARY COUNSEL *v.* ROETZEL.

[Cite as *Disciplinary Counsel v. Roetzel* (1994), 70 Ohio St.3d 376.]

(No. 94–971—Submitted July 27, 1994—Decided September 28, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We concur in the findings and recommendations of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio with no credit given for time served since November 1993. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.